IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL BOYER** | : | **NO. 22-429-1** |

### ORDER

**NOW**, this 19th day of October, 2023, upon consideration of Defendant's Motion Pursuant to Federal Rule of Criminal Procedure 29(c) Challenging the Sufficiency of the Evidence in Support of His Conviction for Carjacking (Doc. No. 63) and the government's response in opposition, it is **ORDERED** that the motion is **DENIED**.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.