**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL BOYER** | : | **NO. 22-429-1** |

**ORDER**

**NOW**, this 1st day of September, 2026, upon consideration of the *pro se* Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. No. 94) and the government's response, it is **ORDERED** that the motion is **DENIED**.

**IT IS FURTHER ORDERED** that no probable cause exists for the issuance of a certificate of appealability.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.